# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TABITHA ADAMS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> SOCIAL SECURITY ADMINISTRATION, ) </br> ) </br> Defendants. ) | Civil No. 3:18-cv-00440 </br> Judge Trauger |

## **O R D E R**

On June 21, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 17) is DENIED, and the Commissioner's decision is hereby AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 22nd day of July 2019.

_____
ALETA A. TRAUGER
U.S. District Judge